**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: BYE, GARY A       § Case No. 09-72135 | |
| BYE, RHONDA F.          § | |
|                         § | |
| Debtor(s)               § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/01/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Dated: 09/27/2010          By:  /s/BERNARD J. NATALE
                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com


**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BYE, GARY A | § | Case No. 09-72135 |
| BYE, RHONDA F. | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $    68,826.21

*and approved disbursements of*     $    44,713.18

*leaving a balance on hand of* [1]     $    24,113.03

Claims of secured creditors will be paid as follows:

*Claimant*            *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 5,941.31 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 3,643.75 | $ 24.37 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*        *Fees*        *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,554.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank | $ 6,137.27 | $ 1,871.79 |
| 2 | PYOD LLC as assignee of Citibank | $ 1,788.35 | $ 545.42 |
| 3 | Chase Bank USA, N.A. | $ 4,563.20 | $ 1,391.71 |
| 4 | Cabela's Club | $ 4,418.74 | $ 1,347.66 |
| 5 | PRA Receivables Management, LLC | $ 15,522.24 | $ 4,734.07 |
| 6 | PRA Receivables Management, LLC | $ 13,560.21 | $ 4,135.68 |
| 7 | Swedish American Hospital | $ 1,564.90 | $ 477.27 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman               Page 1 of 1              Date Rcvd: Oct 08, 2010
Case: 09-72135                Form ID: pdf006              Total Noticed: 24

The following entities were noticed by first class mail on Oct 10, 2010.
db/jdb        +Gary A Bye,   Rhonda F. Bye,   214 E. 2nd St.,   Belvidere, IL 61008-4302
aty           +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty           +Charles T Sewell,   Charles T. Sewell, P.C.,   215 South State St,   Belvidere, IL 61008-3616
aty           +Frank Perrecone,   Ferolie, Perrecone & White, Ltd.,   321 W. State St.,
               Rockford, IL 61101-1137
aty           +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr            +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
13952597       American Family Financial,   Madison, WI
13952598      +Cabela's Club,   World's Foremost Bank,   P.O.Box 82609,   Lincoln, NE 68501-2609
13952599      +Chase,   Card Member Services,   P.O. Box 659409,   San Antonio, TX 78265-9409
15042879       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13952602      +GM Card,   P.O. Box 37281,   Baltimore, MD 21297-3281
15067782      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Gm,   POB 41067,
               NORFOLK VA 23541-1067
15067781      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Union,
               POB 41067,   NORFOLK VA 23541-1067
14989818      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13952603       Sally Mae,   Bank One Education Finance Group,   P.O. Box 4700,   Wilkes Barre, PA 18773-4700
15411375      +Swedish American Hospital,   c/o Dennis A. Brebner & Associates,   860 S. Northpoint Blvd.,
               Waukegan, IL 60085-8211
13952604       Swedish American Hospital,   P.O.Box 4448,   Rockford, IL 61110-0948
13952605       Union Plus,   P.O. Box 17051,   Baltimore, MD 21297-1051
13952606      +Wells Fargo,   P.O. Box 6429,   Carol Stream, IL 60197-6429
13952607      +Wells Fargo,   800 Walnut St.,   Des Moines, IA 50309-3891
13989004      +Wells Fargo Bank NA,   % Andrew J Nelson,   1 North Dearborn Ste 1300,   Chicago, Il 60602-4321
13952608       Zales,   P.O.Box 689182,   Des Moines, IA 50368-9182

The following entities were noticed by electronic transmission on Oct 09, 2010.
14979515       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 09 2010 08:37:41     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13952600       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 09 2010 08:37:41     Discover Card,
               P.O. Box 30952,   Salt Lake City, UT 84130
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13952601       FCS of Mid America
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 10, 2010**                    **Signature:** _Joseph Speetjens_