# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: BYE, GARY A | § | Case No. 09-72135 |
| BYE, RHONDA F. | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 22, 2009.  The undersigned trustee was appointed on *bad date*.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as   **Exhibit A.**

4.  The trustee realized the gross receipts of          $          68,826.40

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 29,713.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 18,155.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 20,958.22 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing  non-governmental claims in this case was  / / and the deadline for filing governmental claims was 12/31/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,783.57.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,783.57, for a total compensation of $5,783.57. [2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00. [2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/20/2010_____    By: /s/BERNARD J. NATALE_____
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 09-72135 | **Trustee:** | (330370)    BERNARD J. NATALE |
| **Case Name:** BYE, GARY A | **Filed (f) or Converted to (c):** | 05/22/09 (f) |
| BYE, RHONDA F. | **§341(a) Meeting Date:** | 06/25/09 |
| **Period Ending:** 10/20/10 | **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 214 East 2nd St, Belvidere, IL 61008 | 95,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 3612 Hwy 949, Dunmor, KY 42339 | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account at Alpine Bank 600 S. State St. | 30.00 | 0.00 | DA | 0.00 | FA |
| 4 | Account - Palmer Firm, P.C. | 2,615.00 | 0.00 | DA | 0.00 | FA |
| 5 | Computer, Furniture, T.V., DVD/ CD player | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothes | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Compound Bow, Fishing equipment, Guns | 350.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2008 GMC Pick-up truck | 27,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2002 Grand Prix | 5,000.00 | 200.00 | DA | 0.00 | FA |
| 10 | 1988 Alumacraft | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Personal Injury claim  (u) Objection to Exemption was allowed entered on 1/27/10.  $15,000 is allowed and remaining balance to be turned over to estate.   Filed an Amended C on 02/14/10 to take what was left of wildcard against PI claim. | 15,000.00 | 20,951.82 | | 68,820.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 6.40 | Unknown |
| 12 | **Assets    Totals (Excluding unknown values)** | **$192,695.00** | **$21,151.82** | | **$68,826.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

SPECIAL COUNSEL EMPLOYED.  PERSONAL INJURY CASE HAS GONE TO ARBITRATION AWARD.  TRUSTEE TO OBTAIN COURT APPROVAL OF AWARD AND DISTRIBUTE ACCORDINGLY.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    December 31, 2010

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72135 |
| **Case Name:** | BYE, GARY A |
| | BYE, RHONDA F. |
| **Taxpayer ID #:** | **-***0533 |
| **Period Ending:** | 10/20/10 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******82-65 - Money Market Account |
| **Blanket Bond:** | $552,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/10 | {11} | Ferolie & Perrecone, Ltd. | Pymt of PI Settlement | 1249-000 | 68,820.00 | | 68,820.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.05 | | 68,821.05 |
| 07/27/10 | | To Account #9200******8266 | TRANSFER TO PAY SP COUNSEL &<br>DEBTOR'S EXEMPTION | 9999-000 | | 45,000.00 | 23,821.05 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.75 | | 23,824.80 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.41 | | 23,826.21 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,826.40 |
| 10/07/10 | | To Account #9200******8266 | Transfer to pay balance of exemption to debtor | 9999-000 | | 3,000.00 | 20,826.40 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 68,826.40 | 48,000.00 | **$20,826.40** |
| Less: Bank Transfers | 0.00 | 48,000.00 | |
| **Subtotal** | 68,826.40 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$68,826.40** | **$0.00** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-72135 |
| Case Name: | BYE, GARY A |
| | BYE, RHONDA F. |
| Taxpayer ID #: | **-***0533 |
| Period Ending: | 10/20/10 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******82-66 - Checking Account |
| Blanket Bond: | $552,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/10 | | From Account #9200******8265 | TRANSFER TO PAY SP COUNSEL & DEBTOR'S EXEMPTION | 9999-000 | 45,000.00 | | 45,000.00 |
| 07/27/10 | 101 | FRANK A PERRECONE | Pymt of Sp Counsel Fees Per Order Entered 7/29/10 | 3210-600 | | 22,940.00 | 22,060.00 |
| 07/27/10 | 102 | FRANK A PERRECONE | Pymt of Sp Coun. Expenses per Order Entered 7/26/10 | 3220-610 | | 6,773.18 | 15,286.82 |
| 07/27/10 | 103 | GARY BYE | Pymt of Debtor's Exemptions Pursuant to 735 ILCS 5/12-1001(h)(4) | 8100-002 | | 15,000.00 | 286.82 |
| 10/07/10 | | From Account #9200******8265 | Transfer to pay balance of exemption to debtor | 9999-000 | 3,000.00 | | 3,286.82 |
| 10/07/10 | 104 | GARY BYE | Balance of exemption taken against PI claim | 8100-002 | | 3,155.00 | 131.82 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 48,000.00 | 47,868.18 | $131.82 |
| Less: Bank Transfers | | 48,000.00 | 0.00 | |
| **Subtotal** | | 0.00 | 47,868.18 | |
| Less: Payments to Debtors | | | 18,155.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$29,713.18** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******82-65** | 68,826.40 | 0.00 | 20,826.40 |
| **Checking # 9200-******82-66** | 0.00 | 29,713.18 | 131.82 |
| | $68,826.40 | $29,713.18 | $20,958.22 |

Printed:  10/20/10 12:56 PM                                                                                                    Page:  1

# Claims Proposed Distribution

## Case:   09-72135    BYE, GARY A

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:**    $20,958.22       **Total Proposed Payment:**   $20,958.22       **Remaining Balance:**       $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|--------------|----------------|--------------|---------------|------------------|-----------------|
| | BERNARD J. NATALE, LTD. <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch.  7 | 24.37 | 24.37 | 0.00 | 24.37 | 24.37 | 20,933.85 |
| | BERNARD J. NATALE, LTD. <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch.  7 | 3,710.00 | 3,710.00 | 0.00 | 3,710.00 | 3,710.00 | 17,223.85 |
| | BERNARD J. NATALE <br> <2100-00  Trustee Compensation> | Admin Ch.  7 | 5,783.57 | 5,783.57 | 0.00 | 5,783.57 | 5,783.57 | 11,440.28 |
| 1 | Discover Bank | Unsecured | 6,137.27 | 6,137.27 | 0.00 | 6,137.27 | 1,476.44 | 9,963.84 |
| 2 | PYOD LLC as assignee of Citibank | Unsecured | 1,788.35 | 1,788.35 | 0.00 | 1,788.35 | 430.22 | 9,533.62 |
| 3 | Chase Bank USA, N.A. | Unsecured | 4,563.20 | 4,563.20 | 0.00 | 4,563.20 | 1,097.77 | 8,435.85 |
| 4 | Cabela's Club | Unsecured | 4,418.74 | 4,418.74 | 0.00 | 4,418.74 | 1,063.02 | 7,372.83 |
| 5 | PRA Receivables Management, LLC | Unsecured | 15,522.24 | 15,522.24 | 0.00 | 15,522.24 | 3,734.18 | 3,638.65 |
| 6 | PRA Receivables Management, LLC | Unsecured | 13,560.21 | 13,560.21 | 0.00 | 13,560.21 | 3,262.18 | 376.47 |
| 7 | Swedish American Hospital | Unsecured | 1,564.90 | 1,564.90 | 0.00 | 1,564.90 | 376.47 | 0.00 |
| | **Total for Case 09-72135 :** | | **$57,072.85** | **$57,072.85** | **$0.00** | **$57,072.85** | **$20,958.22** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|--------------|----------------|--------------|------------------|--------|
| **Total Administrative Claims :** | $9,517.94 | $9,517.94 | $0.00 | $9,517.94 | 100.000000% |
| **Total Unsecured Claims :** | $47,554.91 | $47,554.91 | $0.00 | $11,440.28 | 24.056990% |

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-72135
Case Name: BYE, GARY A
Trustee Name: BERNARD J. NATALE

**Balance on hand:**                    $            20,958.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:    $              0.00
Remaining balance:                        $          20,958.22

**UST Form 101-7-TFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 5,783.57 | 0.00 | 5,783.57 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,710.00 | 0.00 | 3,710.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 24.37 | 0.00 | 24.37 |

Total to be paid for chapter 7 administration expenses:   $   9,517.94
Remaining balance:   $   11,440.28

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,440.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 47,554.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,137.27 | 0.00 | 1,476.44 |
| 2 | PYOD LLC as assignee of Citibank | 1,788.35 | 0.00 | 430.22 |
| 3 | Chase Bank USA, N.A. | 4,563.20 | 0.00 | 1,097.77 |
| 4 | Cabela's Club | 4,418.74 | 0.00 | 1,063.02 |
| 5 | PRA Receivables Management, LLC | 15,522.24 | 0.00 | 3,734.18 |
| 6 | PRA Receivables Management, LLC | 13,560.21 | 0.00 | 3,262.18 |
| 7 | Swedish American Hospital | 1,564.90 | 0.00 | 376.47 |

Total to be paid for timely general unsecured claims:  $         11,440.28

Remaining balance:  $                0.00

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**