## Amended Distribution Report
## FINAL DISTRIBUTION

**Case Number:** 09-72135  
**Debtor Name:** BYE, GARY A  

Page: 1

**Date:** December 2, 2010  
**Time:** 10:16:25 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
| | Funds on Hand | | | | | | $20,958.57 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 24.37 | 0.00 | 24.37 | 24.37 | 20,934.20 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 3,710.00 | 0.00 | 3,710.00 | 3,710.00 | 17,224.20 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 5,783.57 | 0.00 | 5,783.57 | 5,783.57 | 11,440.63 |
| SPCOUN | FRANK A PERRECONE | Admin Ch. 7 | 22,940.00 | 22,940.00 | 0.00 | 0.00 | 11,440.63 |
| SPCOEXP | FRANK A PERRECONE | Admin Ch. 7 | 6,773.18 | 6,773.18 | 0.00 | 0.00 | 11,440.63 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 39,231.12 | 29,713.18 | 9,517.94 | 9,517.94 | |
| EXEMPT | GARY BYE | Secured | 18,155.00 | 18,155.00 | 0.00 | 0.00 | 11,440.63 |
| | SUBTOTAL FOR | SECURED | 18,155.00 | 18,155.00 | 0.00 | 0.00 | |
| 1 | Discover Bank | Unsecured | 6,137.27 | 0.00 | 6,137.27 | 1,476.49 | 9,964.14 |
| 2 | PYOD LLC as assignee of Citibank | Unsecured | 1,788.35 | 0.00 | 1,788.35 | 430.24 | 9,533.90 |
| 3 | Chase Bank USA, N.A. | Unsecured | 4,563.20 | 0.00 | 4,563.20 | 1,097.80 | 8,436.10 |
| 4 | Cabela's Club | Unsecured | 4,418.74 | 0.00 | 4,418.74 | 1,063.05 | 7,373.05 |
| 5 | PRA Receivables Management, LLC | Unsecured | 15,522.24 | 0.00 | 15,522.24 | 3,734.29 | 3,638.76 |
| 6 | PRA Receivables Management, LLC | Unsecured | 13,560.21 | 0.00 | 13,560.21 | 3,262.28 | 376.48 |
| 7 | Swedish American Hospital | Unsecured | 1,564.90 | 0.00 | 1,564.90 | 376.48 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 47,554.91 | 0.00 | 47,554.91 | 11,440.63 | |
| **<< Totals >>** | | | 104,941.03 | 47,868.18 | 57,072.85 | 20,958.57 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

| | |
|---|---:|
| **Administrative-Ch7** | 100.000000% |
| **Secured** | 100.000000% |
| **Unsecured** | 24.057726% |