# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: BYE, GARY A | § | Case No. 09-72135 |
| BYE, RHONDA F. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $177,695.00  
*(without deducting any secured claims)*

Assets Exempt:  $29,200.00

Total Distribution to Claimants: $11,440.63

Claims Discharged  
Without Payment: $36,114.38

Total Expenses of Administration: $39,231.12

3) Total gross receipts of $   68,826.75   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   18,155.00   (see **Exhibit 2**), yielded net receipts of $50,671.75 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|                                                                    | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|--------------------------------------------------------------------|------------------|-----------------|----------------|-------------|
| SECURED CLAIMS (from **Exhibit 3**)                                | $94,113.00       | $0.00           | $0.00          | $0.00       |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00         | 39,231.12       | 39,231.12      | 39,231.12   |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**)         | 0.00             | 0.00            | 0.00           | 0.00        |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**)                     | 0.00             | 0.00            | 0.00           | 0.00        |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**)                      | 111,623.82       | 47,554.91       | 47,555.01      | 11,440.63   |
| **TOTAL DISBURSEMENTS**                                            | $205,736.82      | $86,786.03      | $86,786.13     | $50,671.75  |

4)  This case was originally filed under Chapter 7 on May 22, 2009.
The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/22/2011_____     By: _/s/BERNARD J. NATALE_____
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury claim | 1249-000 | 68,820.00 |
| Interest Income | 1270-000 | 6.75 |
| **TOTAL GROSS RECEIPTS** | | **$68,826.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GARY BYE | Pymt of Debtor's Exemptions Pursuant to 735 ILCS 5/12-1001(h)(4) | 8100-002 | 15,000.00 |
| GARY BYE | Balance of exemption taken against PI claim | 8100-002 | 3,155.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$18,155.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | American Family Financial | 4110-000 | 23,000.00 | N/A | N/A | 0.00 |
| 9 | Chase | 4210-000 | 27,113.00 | N/A | N/A | 0.00 |
| 10 | FCS of America | 4110-000 | 44,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$94,113.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 24.37 | 24.37 | 24.37 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,710.00 | 3,710.00 | 3,710.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 5,783.57 | 5,783.57 | 5,783.57 |
| FRANK A PERRECONE | 3210-600 | N/A | 22,940.00 | 22,940.00 | 22,940.00 |
| FRANK A PERRECONE | 3220-610 | N/A | 6,773.18 | 6,773.18 | 6,773.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 39,231.12 | 39,231.12 | 39,231.12 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 6,137.27 | 6,137.27 | 1,476.49 |
| 2 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 1,788.35 | 1,788.35 | 430.24 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,563.20 | 4,563.20 | 1,097.80 |
| 4 | Cabela's Club | 7100-000 | N/A | 4,418.74 | 4,418.74 | 1,063.05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | PRA Receivables Management, LLC | 7100-000 | N/A | 15,522.24 | 15,522.24 | 3,734.29 |
| 6 | PRA Receivables Management, LLC | 7100-000 | N/A | 13,560.21 | 13,560.21 | 3,262.28 |
| 7 | Swedish American Hospital | 7100-000 | N/A | 1,564.90 | 1,564.90 | 376.48 |
| 11 | Wells Fargo | 7100-000 | 75,100.00 | N/A | N/A | 0.00 |
| 12 | Sallie Mae | 7100-000 | 19,000.00 | N/A | N/A | 0.00 |
| 13 | Union Plus | 7100-000 | 14,809.10 | N/A | 0.10 | 0.00 |
| 14 | Wells Fargo | 7100-000 | 616.88 | N/A | N/A | 0.00 |
| 18 | Zales | 7100-000 | 2,097.84 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 111,623.82 | 47,554.91 | 47,555.01 | 11,440.63 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 09-72135 | **Trustee:** (330370) BERNARD J. NATALE |
| **Case Name:** BYE, GARY A | **Filed (f) or Converted to (c):** 05/22/09 (f) |
| BYE, RHONDA F. | **§341(a) Meeting Date:** 06/25/09 |
| **Period Ending:** 02/22/11 | **Claims Bar Date:** |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 214 East 2nd St, Belvidere, IL 61008 | 95,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 3612 Hwy 949, Dunmor, KY 42339 | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account at Alpine Bank 600 S. State St. | 30.00 | 0.00 | DA | 0.00 | FA |
| 4 | Account - Palmer Firm, P.C. | 2,615.00 | 0.00 | DA | 0.00 | FA |
| 5 | Computer, Furniture, T.V., DVD/ CD player | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothes | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Compound Bow, Fishing equipment, Guns | 350.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2008 GMC Pick-up truck | 27,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2002 Grand Prix | 5,000.00 | 200.00 | DA | 0.00 | FA |
| 10 | 1988 Alumacraft | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Personal Injury claim  (u)<br>   Objection to Exemption was allowed entered on<br>1/27/10.  $15,000 is allowed and remaining balance to<br>be turned over to estate.   Filed an Amended C on<br>02/14/10 to take what was left of wildcard against PI<br>claim. | 15,000.00 | 20,951.82 | | 68,820.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 6.75 | FA |
| 12 | **Assets      Totals** (Excluding unknown values) | **$192,695.00** | **$21,151.82** | | **$68,826.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

SPECIAL COUNSEL EMPLOYED.  PERSONAL INJURY CASE HAS GONE TO ARBITRATION AWARD.  TRUSTEE TO OBTAIN COURT APPROVAL OF AWARD
AND DISTRIBUTE ACCORDINGLY.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    October 20, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72135 |
| **Case Name:** | BYE, GARY A |
| | BYE, RHONDA F. |
| **Taxpayer ID #:** | **-***0533 |
| **Period Ending:** | 02/22/11 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****82-65 - Money Market Account |
| **Blanket Bond:** | $552,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/10 | {11} | Ferolie & Perrecone, Ltd. | Pymt of PI Settlement | 1249-000 | 68,820.00 | | 68,820.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.05 | | 68,821.05 |
| 07/27/10 | | To Account #9200******8266 | TRANSFER TO PAY SP COUNSEL &<br>DEBTOR'S EXEMPTION | 9999-000 | | 45,000.00 | 23,821.05 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.75 | | 23,824.80 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.41 | | 23,826.21 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,826.40 |
| 10/07/10 | | To Account #9200******8266 | Transfer to pay balance of exemption to debtor | 9999-000 | | 3,000.00 | 20,826.40 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 20,826.58 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,826.75 |
| 12/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 20,826.75 |
| 12/02/10 | | To Account #9200******8266 | Transfer for Final Distribution | 9999-000 | | 20,826.75 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 68,826.75 | 68,826.75 | **$0.00** |
| | Less: Bank Transfers | 0.00 | 68,826.75 | |
| | **Subtotal** | 68,826.75 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$68,826.75** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-72135 | |
| Case Name: | BYE, GARY A | |
| | BYE, RHONDA F. | |
| Taxpayer ID #: | **-***0533 | |
| Period Ending: | 02/22/11 | |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******82-66 - Checking Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/27/10 | | From Account #9200******8265 | TRANSFER TO PAY SP COUNSEL & DEBTOR'S EXEMPTION | 9999-000 | 45,000.00 | | 45,000.00 |
| 07/27/10 | 101 | FRANK A PERRECONE | Pymt of Sp Counsel Fees Per Order Entered 7/29/10 | 3210-600 | | 22,940.00 | 22,060.00 |
| 07/27/10 | 102 | FRANK A PERRECONE | Pymt of Sp Coun. Expenses per Order Entered 7/26/10 | 3220-610 | | 6,773.18 | 15,286.82 |
| 07/27/10 | 103 | GARY BYE | Pymt of Debtor's Exemptions Pursuant to 735 ILCS 5/12-1001(h)(4) | 8100-002 | | 15,000.00 | 286.82 |
| 10/07/10 | | From Account #9200******8265 | Transfer to pay balance of exemption to debtor | 9999-000 | 3,000.00 | | 3,286.82 |
| 10/07/10 | 104 | GARY BYE | Balance of exemption taken against PI claim | 8100-002 | | 3,155.00 | 131.82 |
| 12/02/10 | | From Account #9200******8265 | Transfer for Final Distribution | 9999-000 | 20,826.75 | | 20,958.57 |
| 12/02/10 | 105 | BERNARD J. NATALE | Dividend paid 100.00% on $5,783.57, Trustee Compensation;  Reference: | 2100-000 | | 5,783.57 | 15,175.00 |
| 12/02/10 | 106 | Discover Bank | Distribution paid  24.05% on $6,137.27; Claim# 1; Filed: $6,137.27; Reference: 0897 | 7100-000 | | 1,476.49 | 13,698.51 |
| 12/02/10 | 107 | PYOD LLC as assignee of Citibank | Distribution paid  24.05% on $1,788.35; Claim# 2; Filed: $1,788.35; Reference: 9149 | 7100-000 | | 430.24 | 13,268.27 |
| 12/02/10 | 108 | Chase Bank USA, N.A. | Distribution paid  24.05% on $4,563.20; Claim# 3; Filed: $4,563.20; Reference: 9575 | 7100-000 | | 1,097.80 | 12,170.47 |
| 12/02/10 | 109 | Cabela's Club | Distribution paid  24.05% on $4,418.74; Claim# 4; Filed: $4,418.74; Reference: 0929 | 7100-000 | | 1,063.05 | 11,107.42 |
| 12/02/10 | 110 | PRA Receivables Management, LLC | Distribution paid  24.05% on $15,522.24; Claim# 5; Filed: $15,522.24; Reference: 0740 | 7100-000 | | 3,734.29 | 7,373.13 |
| 12/02/10 | 111 | PRA Receivables Management, LLC | Distribution paid  24.05% on $13,560.21; Claim# 6; Filed: $13,560.21; Reference: 1319 | 7100-000 | | 3,262.28 | 4,110.85 |
| 12/02/10 | 112 | Swedish American Hospital | Distribution paid  24.05% on $1,564.90; Claim# 7; Filed: $1,564.90; Reference: | 7100-000 | | 376.48 | 3,734.37 |
| 12/02/10 | 113 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,734.37 | 0.00 |
| | | | Dividend paid 100.00%        3,710.00 on $3,710.00;  Claim# ATTY; Filed: $3,710.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%           24.37 on $24.37;  Claim# EXP; Filed: $24.37 | 3120-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| | Subtotals : | $68,826.75 | $68,826.75 |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-72135 | |
| **Case Name:** | BYE, GARY A | |
| | BYE, RHONDA F. | |
| **Taxpayer ID #:** | **-***0533 | |
| **Period Ending:** | 02/22/11 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****82-66 - Checking Account |
| **Blanket Bond:** | $552,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 68,826.75 | 68,826.75 | $0.00 |
| | | | Less: Bank Transfers | | 68,826.75 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **68,826.75** | |
| | | | Less: Payments to Debtors | | | 18,155.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$50,671.75** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-*****82-65** | 68,826.75 | 0.00 | 0.00 |
| **Checking # 9200-*****82-66** | 0.00 | 50,671.75 | 0.00 |
| | **$68,826.75** | **$50,671.75** | **$0.00** |

{} Asset reference(s)